■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUMBERTO ARBOLEDA, Appellant. [939 NYS2d 881]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered March 16, 2010, convicting him of assault in the second degree and reckless endangerment in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of assault in the second degree and reckless endangerment in the second degree beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the fact-finder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

Furthermore, the defendant was not deprived of the effective assistance of counsel, as defense counsel provided meaningful representation (*see People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]).

The defendant's contention regarding the allegedly improper admission of the victim's statement to a police officer is without merit (*see Davis v Washington*, 547 US 813, 822 [2006]).

The defendant's remaining contention is without merit. Dillon, J.P., Florio, Austin and Roman, JJ., concur.